# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 4772 | **DATE** | 11/15/11 |
| **CASE TITLE** | Azroui v. Sharon Hahs, et al. | | |

**DOCKET ENTRY TEXT:**

The Court is in receipt of Plaintiff's note dated November 8, 2011. Defendants have been mailed a copy of the foregoing.

Docketing to mail notices.

Courtroom Deputy — mf

FILED-EDI
2011 NOV 16 AM 1:26
CLERK
U.S. DISTRICT COURT