UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GHALEB AZROUI, ) | |
|    Plaintiff, ) | |
| ) | |
|   v. ) | No. 10 C 4772 |
| ) | |
| SHARON HAHS, et al. ) | Hon. John W. Darrah |
|    Defendants. ) | |

**SUGGESTION OF DEATH UPON THE RECORD**

Defendants Sharon Hahs, Jeffrey Brown, Chong Tong Chen, Christine Douglas, Lawrence Frank, Nauzer Balsara, Alan Shub, James Lyon Jr., Paul Kruszynsky and David Declet by their attorney, LISA MADIGAN, Attorney General of Illinois, submit the following suggestion of death upon the record, stating as follows:

Defendants suggest upon the record, pursuant to Rule 25(a)(1), the death on February 3, 2012, of Michael Kelly, Defendant, during the pendency of this action.

**LISA MADIGAN**
**Illinois Attorney General**

Respectfully Submitted:
s/JAMES A. LANG
IL Bar 06211100
Assistant Attorney General
General Law Bureau
100 W Randolph St, 13th FL
Chicago IL  60601
Phone:    (312) 814-5694
Fax:    (312) 814-4425
jlang@atg.state.il.us

CERTIFICATE OF SERVICE

The above-signed, an attorney of record, hereby certifies that a copy of the foregoing document was served upon the parties of record by CM/ECF on February 6, 2012.

1